IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 98-WM-1833 (BNB)

STEVEN PHAM, as personal representative of the estate of LOUIS DIEP PHAM;
KINH B. PHAM and LA T. BUI, natural parents of LOUIS DIEP PHAM, deceased;
KHANH BA PHAM;
BANG LE;
MINH NGOC HA;
VU DUY NGUYEN;
KIEU TRANG THI-DO; and
ERWIN OVIDID GUERRA,

    Plaintiffs,

v.

HARTFORD FIRE INSURANCE COMPANY,

    Defendant.
_____

## ORDER OF DISMISSAL
_____

Miller, J.

This matter is before me on the Defendant's motion to dismiss, filed September 8, 2005.  In July 2004, I issued an order administratively closing this case pending a ruling by the United States Court of Appeals for the Fourth Circuit on an appeal of related litigation between the parties.  In my order, I agreed with defendant that the summary judgment ruling issued by the United States District Court for the Eastern District of Virginia in *Pham, et al. v. Hartford Fire Insurance Co.*, Civil Action No. 03-1316-A (E.D. Va. March 24, 2004), if affirmed on appeal, would bar this litigation under the doctrine of claim preclusion.  July 2004 Order at 9.  Defendant attaches to its motion to dismiss the August

23, 2005 opinion of the Fourth Circuit affirming the summary judgment ruling.

In their response to the motion to dismiss, Plaintiffs ask for additional time to respond, asserting that they filed a Petition for Rehearing with the Fourth Circuit. In its reply, Defendant informs me that the Fourth Circuit denied Plaintiffs' motion for leave to file a petition for rehearing and that, therefore, there is no valid petition pending before that court.

I conclude the Virginia case is no longer being appealed. That ruling is now final for purposes of claim preclusion and, as I stated in my July 2004 order, mandates that this case now be dismissed.

Accordingly, it is ordered that the motion to dismiss, filed September 8, 2005, is granted and this administratively closed case is dismissed with prejudice.

DATED at Denver, Colorado, on April 4, 2006.

BY THE COURT:


s/ Walker D. Miller
United States District Judge